UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Mohammad Hassan**,

    Plaintiff,                 Civil No. 20-10810

v.                                Honorable Mark A. Goldsmith

**United States Department of State, et al.**,     Mag. Judge Anthony P. Patti

    Defendants.

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

By stipulation of the parties, through their counsel, Defendants shall have until June 22 2020, to file an answer or otherwise respond to the petition for writ of mandamus. Because of the COVID-19 pandemic, there is limited access to personnel and access to records. The extension will allow Defendants time to receive and review case-related material.

    SO ORDERED.

Dated:  May 7, 2020                s/Mark A. Goldsmith
    Detroit, Michigan             MARK A. GOLDSMITH
                                        United States District Judge

SO STIPULATED AND AGREED:      */s/Robert M. Birach (w/consent)*
                                              **Robert M. Birach** (P29051)
BIRACH LAW, PC                      26211 Central Park Blvd., Suite 209

Southfield, MI 48076
(313) 964-1234
bob@cgblegal.com

*Attorney for Plaintiff*
Dated: May 7, 2020

**Matthew Schneider**
United States Attorney

*/s/ Lynn M. Dodge*
**Lynn M. Dodge** (P38136)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-0205
lynn.dodge@usdoj.gov

*Attorneys for Defendants*
Dated: May 7, 2020