UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Mohammad Hassan**,

    Plaintiff,                                 Civil No. 20-10810

v.                                          Honorable Mark A. Goldsmith

**United States Department of State, et al.,**      Mag. Judge Anthony P. Patti

    Defendants.

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

By stipulation of the parties, through their counsel, Defendants shall have until August 21, 2020, to file an answer or otherwise respond to the petition for writ of mandamus. Because of the COVID-19 pandemic, there is limited access to personnel and access to records. The extension will allow Defendants time to receive and review case-related material.

    SO ORDERED

Dated: June 23, 2020                          s/Mark A. Goldsmith
    Detroit, Michigan                     MARK A. GOLDSMITH
                                              United States District Judge

SO STIPULATED AND AGREED:

| | |
|---|---|
| BIRACH LAW, PC | **Matthew Schneider**<br>United States Attorney |
| */s/ Robert M. Birach (w/consent)*<br>**Robert M. Birach** (P29051)<br>26211 Central Park Blvd., Suite 209<br>Southfield, MI 48076<br>(313) 964-1234<br>bob@cgblegal.com | */s/ Lynn M. Dodge*<br>**Lynn M. Dodge** (P38136)<br>Assistant United States Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>(313) 226-0205<br>lynn.dodge@usdoj.gov |
| *Attorney for Plaintiff*<br>Dated: June 22, 2020 | *Attorneys for Defendants*<br>Dated: June 22, 2020 |